UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

<u>St. Paul's School</u>

    v.                      Civil No. 08-cv-202-JL

<u>Fred C. Church, Inc.</u>

**O R D E R**

As I currently sit on the St. Paul's School Advanced Studies Program Advisory Board, I hereby recuse myself from presiding over this case.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated:  July 21, 2008

cc:  Wilbur A. Glahn, III, Esq.
     Jessica M. Farrelly, Esq.
     William D. Chapman, Esq.
     Maureen E. Lane, Esq.