**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>St. Paul's School</u>

    v.                                      Civil No. 08-cv-202

<u>Fred C. Church, Inc.</u>

**<u>ORDER OF RECUSAL</u>**

I hereby recuse myself from this case.

**SO ORDERED.**

/s/ James R. Muirhead
James R. Muirhead
United States Magistrate Judge

Date: July 22, 2008

cc:   Wilbur A. Glahn, III, Esq.
       Jessica M. Farrelly, Esq.
       William D. Chapman, Esq.
       Maureen E. Lane, Esq.