UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE


<u>St. Paul's School</u>

    v.                              Civil No. 08-cv-202

<u>Fred C. Church, Inc.</u>


O R D E R

The undersigned recuses himself from presiding over this case. The case shall be assigned to another judge.

SO ORDERED.

                                             /s/ Joseph A. DiClerico, Jr.
                                             Joseph A. DiClerico, Jr.
                                             United States District Judge

Date: July 23, 2008

cc:  William D. Chapman, Esquire
     Jessica M. Farrelly, Esquire
     Wilbur a. Glahn, III, Esquire
     Maureen E. Lane, Esquire