```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW HAMPSHIRE
```

St. Paul's School

    **v.**                                                                       Civil No. 08-cv-202

Fred C. Church, Inc.


**O R D E R**

    I recuse myself from this case as Attorney Glahn is on my recusal list.

    SO ORDERED.

                                                    /s/Paul Barbadoro  
                                                    Paul Barbadoro  
                                                    United States District Judge

July 29, 2008

cc:  Wilbur Glahn, III, Esq.  
      Jessica M. Farrelly, Esq.  
      William D. Chapman, Esq.  
      Maureen E. Lane, Esq.