UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

St. Paul's School,
    Plaintiff

    v.                                    Civil No. 08-cv-202

Fred C. Church, Inc.,
    Defendant

**ORDER OF RECUSAL**

I hereby recuse myself from presiding over this case.

**SO ORDERED.**

                                    _____
                                    Steven J. McAuliffe
                                    Chief Judge

July 28, 2008

cc: Wilbur A. Glahn, III, Esq.
    Jessica M. Farrelly, Esq.
    William D. Chapman, Esq.
    Maureen E. Lane, Esq.