UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  \*
ST. PAUL'S SCHOOL                               \*
                                                \*
         v.                                     \*    Civil No. 08-cv-202-MML
                                                \*
FRED C. CHURCH, INC.                            \*
                                                \*
                                                \*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  \*

### ORDER ON MOTION TO DISMISS OF FRED C. CHURCH, INC.

This matter came before the Court on October 21, 2008 for hearing on Defendant Fred C. Church, Inc.'s Motion to Dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Procedure.

After considering the pleadings and arguments of the parties, the Defendant's Motion to Dismiss is DENIED.

SO ORDERED:

_____
Mary M. Lisi, Chief Judge,
United States District Court for the
        District of Rhode Island
Sitting by Designation

October 23, 2008